The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

Paulette M. Estes, on behalf of herself and her marital community,

Plaintiff,

v.

Wells Fargo Home Mortgage;
Federal National Mortgage Association; and
Northwest Trustee Services, Inc.

Defendants.

Case No.: 3:14-cv-05234-BHS

**DECLARATION OF PAULETTE M. ESTES**

I, Paulette M. Estes, declare as follows:

1. I am over the age of 18 and competent to testify. I make this declaration based on my own personal knowledge on the facts contained herein.

2. I own and reside in the property located at 18707 NE 229th Court, Brush Prairie, WA 98606. My husband, E.J. Estes, and I built our home over the course of two years in the early 2000's. The house is a single level structure that is wheelchair accessible, and was specifically designed to accommodate us as we aged.

3. In December 2007, my husband suffered a massive stroke. My husband spent three months in the hospital. The stroke left him completely disabled. He was confined to his bed

Case No.: 3:14-cv-05234-BHS
DECLARATION OF PAULETTE M. ESTES - 1

NW CONSUMER LAW CENTER
A Non-Profit Law Firm Advocating for Rights of the Consumer

520 East Denny Way
Seattle, WA 98122
Tele: (206) 805-0989
Fax: (206) 299-9337

and needed assistance with all activities of daily living. I became my husband's full-time caregiver, and I was authorized to act as guardian of the person and estate of my husband.

4. My husband passed away on May 3, 2014.

5. Prior to his stroke, both my husband and I worked at a commercial contractor in Tigard, Oregon. Due to our loss of income following my husband's disability, and our inability to work, I contacted Wells Fargo to request mortgage assistance in December 2008. When I first contacted Wells Fargo, I was told to submit the necessary paperwork without an application because requests for loan applications were so overwhelming, and Wells Fargo was not able to keep up with the paperwork.

6. In April 2009, I received paperwork for applying for a HAMP loan modification after months of contact with Wells Fargo. I immediately submitted completed paperwork. This paperwork reflected that our household income was comprised of Social Security benefits for both me and my husband.

7. In September 2009, I received Wells Fargo's offer of a HAMP trial period plan ("TPP"). Prior to receiving this offer, I had paid my monthly mortgage payment by check; I mailed this check to Wells Fargo each month. To participate in the TPP, the letter I received stated that I needed to set up automatic payments that would be deducted from my checking account. On October 2, 2009, I called Wells Fargo and set up automatic withdrawals for the three trial payments.

8. In November 2009, I received a letter from Wells Fargo stating that I was in default on my mortgage. I immediately called Wells Fargo to inquire about this letter. A Wells Fargo representative named Melissa told me to continue making the trial payments. The representative said that Wells Fargo was behind with its paperwork and would eventually "catch

Case No.: 3:14-cv-05234-BHS
DECLARATION OF PAULETTE M. ESTES - 2



520 East Denny Way
Seattle, WA 98122
Tele: (206) 805-0989
Fax: (206) 299-9337

up." I was told that we were in the trial period program. Each month thereafter, we continued receiving letters stating that we were in default. I continued contacting Wells Fargo, each time I was told that we were in the program and that I should continue with the payments.

9. Prior to entering the TPP, I had never been late and I had never missed a mortgage payment. Even though my husband and I had suffered serious financial changes, I always paid my monthly mortgage payments in full and on time. I only sent in a payment that was less than the amount that was due because I was instructed to do this by Wells Fargo in order to participate in the HAMP Program.

10. The tax assessed value of my property was $561,900 in 2009. *See* Exhibit A, attached. The tax assessed value of my property was $434,970 in 2010. *See* Exhibit B, attached. I looked on Zillow (www.zillow.com) and this website estimates that in September 2009, my property was worth $533,000. *See* Exhibit C, attached. I believe that the Zillow value accurately reflected my home's value in September 2009.

11. In September 2009, the balance on my loan with Wells Fargo was $285,777.93. My husband and I also had a home equity line of credit with Washington Mutual. We owed approximately $112,674.00 on this loan in September 2009.

12. On January 2010, I called Wells Fargo to check on the status of the loan modification. I was instructed by a representative, named Krista, to fax Wells Fargo copies of my last three months of bank statements.

13. On March 2010, I called Wells Fargo to check on the status of the loan modification. I was told to re-fax all my financial documents. This paperwork reflected that our household income was comprised of Social Security benefits for both me and my husband.

Case No.: 3:14-cv-05234-BHS
DECLARATION OF PAULETTE M. ESTES - 3



520 East Denny Way
Seattle, WA 98122
Tele: (206) 805-0989
Fax: (206) 299-9337

14. While undergoing legal guardianship of my husband, our attorney contacted Wells Fargo and requested they permanently modify our loan. He also requested they correct the negative credit reporting to the credit bureaus that I saw when I reviewed my credit report. Wells Fargo agreed to correct the negative credit reporting, and sent me a letter stating they had done so. However, our credit report shows they did nothing to correct the negative marks on our credit.

15. In early 2011, I submitted an online complaint to the Office of the Controller of the Currency. I was contacted by Kelly Crippen of Wells Fargo who was assigned to investigate my complaint. While working with Ms. Crippen over the next several months, faxing her tons of documentation, and exchanging many telephone calls, I was told by her we were within $406.00 of qualifying for the HAMP modification. She suggested that I eliminate our handicapped-accessible van payment of $465.00. She promised that if I made this change, Wells Fargo would offer me a modification. Several of my siblings offered to take over this payment. Kelly asked that we fax her verification of their intent to take over the van payments and confirmation that two month's payments on the van would be made up front by my siblings. My siblings verified their intent, made the payments, and confirmed this information to Kelly by fax. In July 2011, I received a telephone call from Thomas Lindeman of Wells Fargo who told me eliminating the van payment did not fix the problem and Wells Fargo would not offer me a modification. He also said that Kelly did not tell me that changing the payment would result in a modification. He said she told me "it might" fix the problem. This is not true. Kelly promised that if I eliminated the van payment, I would receive a modification.

16. I expected that Wells Fargo would treat me fairly and provide me with accurate information about the HAMP Program. I looked to them for information and advice on my

Case No.: 3:14-cv-05234-BHS
DECLARATION OF PAULETTE M. ESTES - 4



520 East Denny Way
Seattle, WA 98122
Tele: (206) 805-0989
Fax: (206) 299-9337

options for keeping my home. Wells Fargo did not help me. Instead, Wells Fargo representatives have consistently provided me with information that I later determined to be false.

17. I have spent countless hours submitting my financial documents to Wells Fargo. I believe I have faxed over 500 pages of documents to Wells Fargo over the last five years. My housing counselor and attorneys have also submitted hundreds of documents on my behalf.

18. For the last five years, I have lived in constant fear of losing our family home. I experienced a sense of dread each time I pulled into our driveway because I expected that there might be a new foreclosure notice posted on the home. My fear was increased because I believed that if we lost our home, I would not be able to find a home that would meet my husband's needs. I feared that I would be forced to put my husband in a nursing home, which I did not want to do. I wanted to keep my husband in our home where I could care for him and where we could be together.

19. I would often wake up very early in the morning and would not be able to get back to sleep because I would be thinking about the mortgage delinquency and what I would do if we were foreclosed on.

20. I suffered extreme embarrassment and humiliation because of the fact that I was delinquent on my mortgage. I was embarrassed that my neighbors had seen foreclosure notices on my property. I was embarrassed that I had to tell my family members about the delinquency, especially because I had always been current on my bills. I was constantly embarrassed that I had to tell my husband's nurses about the possible foreclosure and the situation with Wells Fargo.

Case No.: 3:14-cv-05234-BHS
DECLARATION OF PAULETTE M. ESTES - 5



520 East Denny Way
Seattle, WA 98122
Tele: (206) 805-0989
Fax: (206) 299-9337

21. Throughout the last five years I have also been angry with Wells Fargo because they lied to me and misled me. I now believe they never intended to modify my loan. They have had me jumping through hoops for over 5 years, and I have received conflicting information from their representatives. This anger has only been increased by the fact that each time I filed a complaint about what Wells Fargo did, the responses to my complaints only referred to conversations and documents that benefited them, and omitted the false promises and assurances Wells Fargo representatives gave me throughout this process. It has been infuriating.

22. I made the trial payment of $1,167 consistently since October 2009 with only one exception; in November 2012, my HUD housing counselor instructed me to withhold a payment after an unsuccessful foreclosure mediation with Wells Fargo. Wells Fargo accepted these payments, with the exception of the payments made in January 2011, February 2011, March 2011, and October 2013, which were returned to me. Based on these records, I made this payment 48 times.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true to the best of my knowledge.

DATED this 13th day of November, 2014, at Brush Prairie, Washington.

/s/ Paulette M. Estes
Paulette M. Estes
Plaintiff

Case No.: 3:14-cv-05234-BHS
DECLARATION OF PAULETTE M. ESTES - 6



520 East Denny Way
Seattle, WA 98122
Tele: (206) 805-0989
Fax: (206) 299-9337

## Certificate of Service

I hereby certify that on the date given below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following persons:

Molly J. Henry
Robert J. Bocko
Keesal, Young & Logan
1301 Fifth Avenue, Suite 3300
Seattle, WA 98101
Attorneys for Defendants Wells Fargo and Federal Nation Mortgage Association
Emails: Molly.Henry@KYL.com
Robert.Bocko@KYL.com

And served a copy upon the following persons(s) via First Class U.S. mail, postage prepaid:

Charles E. Katz
Northwest Trustee Services, Inc.
1241 East Dyer Road, Suite 250
Santa Ana, CA 92705
Attorney for Defendant Northwest Trustee Services. Inc.

DATED this 17th day of November, 2014, at Seattle, Washington.

/s/ Marcia Gay
Marcia Gay
Paralegal
Northwest Consumer Law Center

Case No.: 3:14-cv-05234-BHS
DECLARATION OF PAULETTE M. ESTES - 7



520 East Denny Way
Seattle, WA 98122
Tele: (206) 805-0989
Fax: (206) 299-9337

# Exhibit A

# CLARK COUNTY TREASURER 2009 1st Half Property Account Statement

| | |
|---|---|
| Property Tax Questions: (360) 397-2252 | **DOUG LASHER** |
| Internet Address: http://www.clark.wa.gov/treasurer/index.html | **CLARK COUNTY TREASURER** |
| Property Value Questions: (360) 397-2391 | 1300 Franklin Street |
| Property Account Number: 202306008 | Vancouver, WA 98666 |
| Property Type: Real | |



| Year | Values | %Change Values | Levy Rate | %Change Levy Rate |
|---|---|---|---|---|
| 2009 | 561,900 | | 10.7227546423 | |

ESTES E JOE & ESTES PAULETTE M  89925
PO BOX 1526  1/1
BRUSH PRAIRIE WA 98606-0047
ELLS FARGO HOME MORTGAGE

| | |
|---|---|
| Property Taxes Paid in 2008 | 5773.76 |
| Interest and Penalty Paid in 2008 | .00 |

| Abbreviated Legal | Property Situs Address | Message |
|---|---|---|
| RASPBERRY RIDGE  LOT 4 | 18707 NE 229TH CT | |
| 2.16A  SUB 99 | BRUSH PRAIRIE, WA 098606 | |
| **Tax Area:** 098001 | | |

Detailed information as to the breakdown of all taxes, assessments and fees for prior years is available http://www.clark.wa.gov/treasurer/index.html

| Voted Levy | Levy Rate | Taxes |
|---|---|---|
| FIRE DISTRICT 03 | .1242611322 | 69.82 |
| SD098 HOCKINSON SCHOOL | 4.4546253456 | 2503.06 |
| **2009 Voted Levy and Taxes** | **4.5788864778** | **2572.88** |
| **Non Voted Levy** | **Levy Rate** | **Taxes** |
| FVR LIBRARY | .3386524059 | 190.29 |
| MOSQUITO CONTROL | .0089931814 | 5.06 |
| CLARK COUNTY | 1.1185061997 | 628.48 |
| CLARK COUNTY ROAD | 1.4986952106 | 842.12 |
| CONSERVATION FUTURES | .0507117384 | 28.50 |
| FIRE DISTRICT 03 | 1.2379193085 | 695.59 |
| STATE SCHOOLS | 1.8903901200 | 1062.21 |
| **2009 Non Voted Levy and Taxes** | **6.1438681645** | **3452.25** |

| Assessments and Fees | |
|---|---|
| CLEAN WATER PROGRAM - TYPE 2S | 26.40 |
| Assessments and Fees | 26.40 |

| Total Taxes, Assessments and Fees 2009 | 6051.53 |
|---|---|

### Tax Payment Options

| Mortgage Company | Pay | | Due Date | Base Amount | Interest | Penalty | Total Due |
|---|---|---|---|---|---|---|---|
| WELLS FARGO HOME MORTGAGE | 2009 | Full Tax | 04/30/2009 | 6051.53 | .00 | .00 | 6051.53 |
| | 2009 | Half Tax | 04/30/2009 | 3025.73 | .00 | .00 | 3025.73 |
| | Prior Years Delinquent | | | .00 | .00 | 0.00 | .00 |

## Comparison of Tax History

| Voted Levy | 2008 Levy Rate | 2008 Taxes | 2009 Levy Rate | 2009 Taxes | % Change Levy Rate | % Change Taxes |
|---|---|---|---|---|---|---|
| SD098 HOCKINSON SCHOOL | 3.5795600000 | 2126.97 | 4.4546253456 | 2503.06 | 19.64 | 15.03 |
| FIRE DISTRICT 03 | .1225700000 | 72.83 | .1242611322 | 69.82 | 1.36 | -4.31 |
| **2009 Voted Levy and Taxes** | **3.7021300000** | **2199.80** | **4.5788864778** | **2572.88** | **19.15** | **14.50** |
| **Non Voted Levy** | **2008 Levy Rate** | **2008 Taxes** | **2009 Levy Rate** | **2009 Taxes** | **% Change Levy Rate** | **% Change Taxes** |
| CLARK COUNTY | 1.0776800000 | 640.36 | 1.1185061997 | 628.48 | 3.65 | -1.89 |
| CLARK COUNTY ROAD | 1.4302200000 | 849.84 | 1.4986952106 | 842.12 | 4.57 | -.92 |
| CONSERVATION FUTURES | .0488600000 | 29.04 | .0507117384 | 28.50 | 3.65 | -1.89 |
| FIRE DISTRICT 03 | 1.2016500000 | 714.02 | 1.2379193085 | 695.59 | 2.93 | -2.65 |
| STATE SCHOOLS | 1.9185800000 | 1140.02 | 1.8903901200 | 1062.21 | -1.49 | -7.33 |
| FVR LIBRARY | .3306100000 | 196.45 | .3386524059 | 190.29 | 2.37 | -3.24 |
| MOSQUITO CONTROL | .0071300000 | 4.23 | .0089931814 | 5.06 | 20.72 | 16.40 |
| **2009 Non Voted Levy and Taxes** | **6.0147300000** | **3573.96** | **6.1438681645** | **3452.25** | **2.10** | **-3.53** |

## THIS COUPON MUST ACCOMPANY PAYMENT

**Property Account Number:** 202306008

**Total Due If Paid By:** Apr 30 2009



2008-135803

| Years | Base Amount | Interest | Penalty | Total |
|---|---|---|---|---|
| 2009 | 6051.53 | .00 | .00 | 6051.53 |
| 2008 | .00 | .00 | .00 | .00 |
| 2007 | .00 | .00 | .00 | .00 |
| 2006 & Prior | .00 | .00 | .00 | .00 |

$ ☐☐,☐☐☐,☐☐☐.☐☐

| 2009 HALF DUE | TOTAL DUE |
|---|---|
| $  3,025.73 | $  6,051.53 |

ESTES E JOE & ESTES PAULETTE M
PO BOX 1526
BRUSH PRAIRIE, WA 98606

Make checks payable to  **CLARK COUNTY TREASURER'S OFFICE**

**PO Box 9808**
**Vancouver, WA 98666**

0202306008000013580300006015300003025736 9

**Exhibit B**

# CLARK COUNTY TREASURER 2010 1st Half Tax And Assessment

| | |
|---|---|
| Property Tax Questions: | (360) 397-2252 |
| Internet Address: | http://www.clark.wa.gov/treasurer/index.html |
| Property Value Questions: | (360) 397-2391 |
| Property Account Number: | 202306008 |
| Property Type: | Real |



**DOUG LASHER**
**CLARK COUNTY TREASURER**
1300 Franklin Street
Vancouver, WA 98660

| Year | Values | %Change Values | Levy Rate |
|---|---|---|---|
| 2009 | 561,900 | | 10.7227546423 |
| 2010 | 434,970 | 0.23% | 13.1923914458 |

| | |
|---|---|
| Property Taxes Paid in 2009 | 6051.53 |
| Interest and Penalty Paid in 2009 | .00 |

ESTES E JOE & ESTES PAULETTE M
PO BOX 1526
BRUSH PRAIRIE WA 98606-0047

76283
1/1

| Abbreviated Legal | Property Situs Address | Message |
|---|---|---|
| RASPBERRY RIDGE    LOT 4<br>2.16A    SUB 99 | 18707 NE 229TH CT<br>BRUSH PRAIRIE, WA 98606 | |

**Tax Area:** 098001

Detailed information as to the breakdown of all taxes, assessments and fees for prior years is available http://www.clark.wa.gov/treasurer/index.html

| Voted Levy | Levy Rate | Taxes |
|---|---|---|
| SD098 HOCKINSON SCHOOL | 5.9848540668 | 2603.23 |
| FIRE DISTRICT 03 | .1522951614 | 66.24 |
| **2010 Voted Levy and Taxes** | **6.1371492282** | **2669.47** |
| Non Voted Levy | Levy Rate | Taxes |
| CLARK COUNTY | 1.3024630117 | 566.54 |
| CLARK COUNTY ROAD | 1.7789657633 | 773.79 |
| CONSERVATION FUTURES | .0585861308 | 25.49 |
| FIRE DISTRICT 03 | 1.5000000000 | 652.46 |
| STATE SCHOOLS | 2.0247768481 | 880.72 |
| FVR LIBRARY | .3802805692 | 165.41 |
| MOSQUITO CONTROL | .0101698945 | 4.43 |
| **2010 Non Voted Levy and Taxes** | **7.0552422176** | **3068.84** |

| Assessments and Fees | |
|---|---|
| CLEAN WATER PROGRAM - TYPE 2S | 26.40 |
| Assessments and Fees | 26.40 |

| Total Taxes, Assessments and Fees 2010 | 5764.71 |
|---|---|

### Tax Payment Options

| Mortgage Company | Pay | | Due Date | Base Amount | Interest | Penalty | Total Due |
|---|---|---|---|---|---|---|---|
| WELLS FARGO HOME MORTGAGE | 2010 | Full Tax | 10/31/2010 | 5764.71 | .00 | .00 | 5764.71 |
| | 2010 | Half Tax | 04/30/2010 | 2882.37 | .00 | .00 | 2882.37 |
| | Prior Years Delinquent | | | .00 | .00 | 0.00 | .00 |

## THIS COUPON MUST ACCOMPANY PAYMENT

**Property Account Number:** 202306008



2009-135597

**Total Due If Paid By:** April 30, 2010

| Years | Base Amount | Interest | Penalty | Total |
|---|---|---|---|---|
| 2010 | 5764.71 | .00 | .00 | 5764.71 |
| 2009 | .00 | .00 | .00 | .00 |
| 2008 | .00 | .00 | .00 | .00 |
| 2007 & Prior | .00 | .00 | .00 | .00 |

$ ☐☐,☐☐☐,☐☐☐.☐☐

| | HALF DUE | TOTAL DUE |
|---|---|---|
| $ | 2,882.37 | $ 5,764.71 |

ESTES E JOE & ESTES PAULETTE M
PO BOX 1526
BRUSH PRAIRIE,WA 98606

Make checks payable to    **CLARK COUNTY TREASURER'S OFFICE**

PO Box 9808
Vancouver, WA 98666



0202306008000013559700005764710000288237  49

## Comparison of Tax History

| Voted Levy | 2009 Levy Rate | 2009 Taxes | 2010 Levy Rate | 2010 Taxes | % Difference Levy Rate | % Difference Taxes |
|---|---|---|---|---|---|---|
| SD098 HOCKINSON SCHOOL | 4.4546253456 | 2503.06 | 5.9848540668 | 2603.23 | 34.35 | 4.00 |
| FIRE DISTRICT 03 | .1242611322 | 69.82 | .1522951614 | 66.24 | 22.56 | -5.13 |
| **2010 Voted Levy and Taxes** | **4.5788864778** | **2572.88** | **6.1371492282** | **2669.47** | **34.03** | **3.75** |

| Non Voted Levy | 2009 Levy Rate | 2009 Taxes | 2010 Levy Rate | 2010 Taxes | % Difference Levy Rate | % Difference Taxes |
|---|---|---|---|---|---|---|
| CLARK COUNTY | 1.1185061997 | 628.48 | 1.3024630117 | 566.54 | 16.45 | -9.86 |
| CLARK COUNTY ROAD | 1.4986952106 | 842.12 | 1.7789657633 | 773.79 | 18.70 | -8.11 |
| CONSERVATION FUTURES | .0507117384 | 28.50 | .0585861308 | 25.49 | 15.53 | -10.56 |
| FIRE DISTRICT 03 | 1.2379193085 | 695.59 | 1.5000000000 | 652.46 | 21.17 | -6.20 |
| FVR LIBRARY | .3386524059 | 190.29 | .3802805692 | 165.41 | 12.29 | -13.07 |
| MOSQUITO CONTROL | .0089931814 | 5.06 | .0101698945 | 4.43 | 13.08 | -12.45 |
| STATE SCHOOLS | 1.8903901200 | 1062.21 | 2.0247768481 | 880.72 | 7.11 | -17.09 |
| **2010 Non Voted Levy and Taxes** | **6.1438681645** | **3452.25** | **7.0552422176** | **3068.84** | **14.83** | **-11.11** |

Senior Exemptions
EMS levies and Park & Recreation levies, such as Greater Clark Parks, are voter approved regular levies. Thus they should be considered as regular levies. Senior qualified properties are not exempted from paying these levies.



DESCRIPTION
A Clark County
B County Roads
C School Districts
D State
E Fire Districts
F Agencies

A 10.39%
B 13.48%
C 45.36%
D 15.34%
E 12.52%
F 2.88%

If first half of the Property Account Statement is paid on or before April 30, the remainder is due and payable on or before October 31. If one half is paid after April 30 but before October 31, together with applicable interest and penalties on the full amount, the remainder shall be due and payable on or before October 31. Except PERSONAL PROPERTY – NO HALF PAYMENT CAN BE ACCEPTED ON CURRENT YEAR PERSONAL PROPERTY TAX AFTER APRIL 30. If one half is not paid on or before April 30, the entire personal property tax is delinquent and must be paid in full, plus applicable interest and penalty (RCW84.56.020).
**Interest charged** is 12% per annum computed on a monthly basis on the full year amount of tax unpaid from the date of delinquency until paid. A penalty of 3% of the full year amount of tax unpaid shall be assessed on the tax delinquent on June 1st of the year in which the tax is due. An additional penalty of 8% shall be assessed on the amount of tax delinquent on December 1st of the year in which the tax is due. (RCW84.56.020).

**DISTRAINT (Seizure):** Personal Property is immediately subject to distraint when taxes become delinquent (RCW84.56.070, RCW84.56.090). **Current year Personal Property Tax is based on the value of property as of January 1st of the prior year. When property is sold, disposed of, or removed from the county, all taxes, delinquent and current, including the next year's tax, must be paid. (RCW84.56.090)**

**PAYMENT DATES:** If the first half of the current year real or personal property bill is $50.00 or more and is paid on or before **April 30**, the remainder is due and payable on or before **October 31**. If one half is paid after **April 30**, but before **October 31**, together with the applicable interest and penalty on the full amount of the unpaid balance for that year, the remainder shall be due and payable on or before **October 31**, and shall be delinquent after that date, except **PERSONAL PROPERTY** – NO HALF PAYMENT CAN BE ACCEPTED ON CURRENT YEAR PERSONAL PROPERTY TAX AFTER **APRIL 30**. If one half is not paid on or before **April 30**, the entire personal property tax is delinquent and must be paid in full, plus applicable interest and penalty (RCW84.56.020).

**ADDRESS CHANGE FORM**

Name_____

Street_____

City _____ State_____ Zip_____

☐ Business has relocated
☐ Change of mailing address only    Phone _____

PPS 120707

# Exhibit C

